

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA JOHNSON,                    :
      Plaintiff
    vs.                            :   CIVIL ACTION
GENESIS HEALTHCARE
      Defendant              :   NO. 05-6835

## STIPULATION TO DISMISS

It is hereby stipulated by and between Suzanne J. Young, Esquire, Nanina Takla, Esquire, counsel for the plaintiff in the above-captioned matter, and Mark J. Swerdlin, Esquire, counsel for the defendant in the above-captioned matter, that this matter shall be dismissed.

Date: July 10, 2006

s/ Nanina Takla
NANINA TAKLA, Esquire
SUZANNE J. YOUNG, Esquire
Counsel for Plaintiff

**FILED**
JUL 1 3 2006
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102
(215) 981-3700

MARK J. SWERDLIN
Counsel for Defendants

Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

SO ORDERED:

Jan E. DuBois
U. S. District Court Judge
DATE: 7/12/06

7/12/06 faxed
McGuire, Seiborling, Swerdlin
Takla, Guernsey